No. 93–1891. MACARIO, ADMINISTRATOR OF THE ESTATE OF MACARIO, DECEASED *v.* PRATT & WHITNEY CANADA, INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–1960. INTERNATIONAL TERMINAL CORP. *v.* M/T LOIRE ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–2070. TEXAS EASTERN TRANSMISSION CORP. *v.* FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–2092. MANSON ET AL. *v.* STACESCU ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–2099. EDWARDS *v.* FIRST AMERICAN TITLE INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9012. GEORGACARAKOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9099. SCOTT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9137. DONOVAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9322. GALLAGHER *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.